UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gideon Rapaport

Write the full name of each plaintiff or petitioner.

-against-

John Does 1-3

Write the full name of each defendant or respondent.

No. __23__ CV __06709__

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on __N/A (In person course no longer offered, materials reviewed)__.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ■ a computer with internet access and a word processor

   type of computer I will be using: __Acer i5 Windows 11 Laptop__

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: __Google Docs__

- ☒ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- ☒ a scanner to convert documents that are only in paper format into electronic files

   scanning equipment I will be using: __MFC-JD491DW__

- ☒ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

   version of PDF reader and writer that I will be using:
   __Adobe Acrobat__

- ☒ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

| 8/9/2023 | /s/ Gideon Rapaport |
|---|---|
| Dated | Signature |

__Gideon Rapaport__
Name

| 45 River Drive S #2308 | Jersey City | NJ | 07310 |
|---|---|---|---|
| Address | City | State | Zip Code |

| (862) 213 0895 | GideonRapaportLaw@Outlook.com |
|---|---|
| Telephone Number | E-mail Address |

2