The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Rapaport v. Does 1-3*, 23-CV-06709
        Motion for Extension of Time to Serve

Your Honor:

        I am writing to respectfully request a 90 day extension to the time provided for effectuating service of process upon the defendants in this case.

        The defendant tortfeasors have continued to hide behind the veil of anonymity making the service of process in this case exceptionally difficult.

        Although I have uncovered much information relevant to the matter at hand as the result of diligent investigation, I have not yet succeeded to obtain the requisite information to effectuate service of process on the defendants. I am highly confident that given the extension requested, I will have sufficient time to effectuate service.

        Thank you for considering my request in this matter,


                        Respectfully submitted,

                        /s/ Gideon Rapaport