IH-34                                                                                                                  Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Gideon Rapaport
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

John Does 1-3
_____
(List the full name(s) of the defendant(s)/respondent(s).)

23 CV 06709 (JGLC)(___)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

Rapaport, Gideon
Name (Last, First, MI)

| #627 1078 Summit Ave | Jersey City | NJ | 07307 |
|---|---|---|---|
| Address | City | State | Zip Code |
| (862) 213-8095 | gideonrapaportlaw@outlook.com | | |
| Telephone Number | E-mail Address (if available) | | |
| 11/20/2023 | Gideon Rapaport — Digitally signed by Gideon Rapaport Date: 2023.11.18 16:30:38 -05'00' | | |
| Date | Signature | | |