UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>                       Plaintiff,<br><br>        -against-<br><br>JOHN DOE, et al.,<br><br>                       Defendants. | 23-CV-6709 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff Gideon Rapaport ("Plaintiff") brings claims against Defendants "John Doe #1," "John Doe #2" and "John Doe #3" (collectively, "Defendants") for defamation, defamation *per se*, invasion of privacy and false light and intentional infliction of emotional distress. ECF No. 1. Plaintiff seeks to serve third-party subpoenas on Steven Goldblatt, Director of Human Resources of Kirkland & Ellis LLP; Kirkland & Ellis LLP; Lee Liberman Otis, Senior Vice President and Faculty Director of The Federalist Society for Law and Public Policy Studies; and The Federalist Society for Law and Public Policy Studies, so that Plaintiff can learn Defendants' identities and effectuate service. ECF No. 11. Plaintiff is hereby ORDERED to provide the Court with copies of the proposed third-party subpoenas that he seeks to serve by December 22, 2023.

Dated: December 11, 2023
       New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge