MEMO ENDORSED

The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Pursuant to the Court's order, ECF No. 21, "Plaintiff may subpoena the third parties for documents only." Accordingly, testimony subpoenas will not issue at this time. The Court understands that the four document subpoenas consistent with the Court's order have been issued.

Dated: January 10, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re:    *Rapaport v. Does 1-3*, 23-CV-06709

**Re: Four Remaining Third Party Subpoenas to be Issued**

Your Honor:

I am writing to inform you that 1 additional subpoena to produce documents was mailed to me by the Pro Se Assistants. Presumably the last remaining one of that type, and that was meant for Steven Goldblatt.

There are still 4 remaining subpoenas to compel testimony that I requested pursuant to your Order ECF no. 21 as I stated in my filing in ECF no. 30. I was never provided any explanation for how or why these subpoenas were found to be out of compliance with your Order, which narrowed the document subpoenas but did not modify the testimony subpoenas.

I am respectfully requesting that you instruct a clerk of the court to sign the 4 remaining subpoenas of those I have requested in ECF nos. 22-29 and mail them to me if you find that they comply with your Order ECF no. 21.

Respectfully submitted,

/s/ Gideon Rapaport