UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

GIDEON RAPAPORT,

                            Plaintiff,             Case No. 23-cv-06709-JGLC

       -against-

JOHN DOE #1, a Reddit.com user,
JOHN DOE #2, a Top-Law-Schools.com user,
JOHN DOE #3 a current or former
       NYU Law student.

                            Defendants.
---------------------------------------------------------x

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record:

    I am admitted to practice in this court, and I appear in this case as counsel for plaintiff

Gideon Rapaport.

Dated: New York, New York
       April 24, 2024

_____
LAW OFFICE OF RICHARD A. ALTMAN
Attorneys for Plaintiff
150 East 56th Street, Suite 12B
New York, NY 10022
212.633.0123