**Law Office of Richard A. Altman**
**150 East 56th Street, Suite 12B**
**New York, New York 10022**

**Tel. and Fax 212.633.0123**
**altmanlaw@earthlink.net**
**artesq@earthlink.net**
**www.altmanlaw.nyc**

April 29, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Gideon Rapaport v. John Doe #1 et al.*, Case No. 23-cv-06709-JGLC

Your Honor:

I was recently retained to represent the plaintiff, and on April 24, I filed a Notice of Appearance. I write to inform the Court of the present status of the case, and to request time to prepare an amended complaint and to effect service upon the defendants.

Mr. Rapaport commenced this defamation action by filing a *pro se* complaint on July 28, 2023. Being unaware of the identities of the individuals who had defamed him, on November 22, 2023, he requested that the Court issue subpoenas (Dkt. #11), which it did on December 22 through January 5, 2024 (Dkt. ##21-30). He then effected service of the subpoenas, and received responses to them on or around March 15, 2024.

Now that we have the names and addresses of the defendants, I intend to prepare and file an amended complaint substituting their names for the Doe defendants, to request the issuance of summonses, and to effect service. I would propose to file the amended complaint by May 20, 2024, and to effect service within 40 days thereafter. I will of course comply with any other dates which the Court would direct, including the Initial Pretrial Conference..

I appreciate the Court's attention.

Respectfully,

Richard A. Altman