**Law Office of Richard A. Altman**  Tel. and Fax 212.633.0123
**150 East 56th Street, Suite 12B**  altmanlaw@earthlink.net
**New York, New York 10022**  artesq@earthlink.net
www.altmanlaw.nyc

May 19, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Gideon Rapaport v. John Doe #1 et al.*, Case No. 23-cv-06709-JGLC

Your Honor:

    I am plaintiff's counsel, and write to ask the Court for a short extension of time to file the First Amended Complaint. In my letter to the Court of April 29, I noted that I had filed a Notice of Appearance, and asked for permission to file the Amended Complaint by May 20. The Court granted my request on April 30 (Dkt. #35). Unfortunately, I am compelled by personal circumstances to ask for a few more days. In addition, my client has provided certain additional evidence which I need to review, and intend to include. He is also traveling, and has not been easily reachable. There would appear to be no prejudice to the defendants, since they have not been served with any papers, and have not had to appear as yet.

    I apologize to the Court for this late request, and ask only for four additional days, that is, by May 24. There are no other dates on the Court's docket which are affected by this request.

    I appreciate the Court's attention.

    Respectfully,

    Richard A. Altman