UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GIDEON RAPAPORT,                                    Case No.: 1:23-cv-06709 (JGLC)

                Plaintiff,                          **AFFIDAVIT OF
                                                    BRIAN J. FIELD IN**
  -against-                                        **SUPPORT OF MOTION FOR
                                                    ADMISSION *PRO HAC VICE***

AJAY SRINIVASAN IYER,
ZACHARY GEORGE GARRETT, and
RICHARD ALLEN EPSTEIN,

                Defendants.
-----------------------------------------------------------------X

I, Brian J. Field, declare:

1. I am a partner of the law firm of Schaerr | Jaffe LLP, located at 1717 K Street NW, Suite 900, Washington, DC 20006.

2. This Affidavit is submitted in support of my motion for admission to practice *pro hac vice* for the purposes of appearing and participating in this case as counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the District of Columbia (Bar No. 985577).

4. There are no pending disciplinary proceedings against me in any state or federal court, I have never been convicted of a felony, nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court.

5. I am aware that I am subject to the local rules of this Court, including the Rules governing discipline of attorneys.

WHEREFORE, for the foregoing reasons, Brian J. Field respectfully submits that this Court grant entry of an Order of Admission *Pro Hac Vice* to participate in the above-

captioned action as counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July __17__, 2024 in Alexandria, Virginia.

_____
Brian J. Field

## ACKNOWLEDGMENT

~~Commonwealth of Virginia~~ State of Florida
~~City of Alexandria~~ Miami Dade

The foregoing instrument was acknowledged before me this __17th__ day of July, 2024, by Brian J. Field, Counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett.

Produced Driver's License

[SEAL]

_____ Edgard Eliacin
NOTARY PUBLIC

EDGARD ELIACIN
Notary Public - State of Florida
Commission # HH 152351
Expires on July 12, 2025

Notarized remotely online using communication technology via Proof.

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Brian J Field

was duly qualified and admitted on January 9, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.