UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GIDEON RAPAPORT,                                    Case No.: 1:23-cv-06709 (JGLC)

                Plaintiff,                       **ORDER FOR ADMISSION**
  -against-                                                **_PRO HAC VICE_**

AJAY SRINIVASAN IYER,
ZACHARY GEORGE GARRETT, and
RICHARD ALLEN EPSTEIN,

                Defendants.
---------------------------------------------------------------X

The motion of Brian J. Field for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

Brian J. Field
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060; Facsimile: (202) 776-0136
Email: bfield@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett in the above-entitled action;

**IT IS HEREBY ORDERED** that Brian J. Field is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024          _____
                                                United States District Judge