UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GIDEON RAPAPORT,                                           Case No.: 1:23-cv-06709 (JGLC)

                Plaintiff,                              **MOTION FOR ADMISSION**
                                                                                                        ***PRO HAC VICE***

   -against-

AJAY SRINIVASAN IYER,
ZACHARY GEORGE GARRETT, and
RICHARD ALLEN EPSTEIN,

                Defendants.
----------------------------------------------------------------X

      Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Cristina Martinez Squiers hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett in the above-captioned action.

      I am a member in good standing of the Bar of the State of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit required by Local Rule 1.3.

Dated: July 17, 2024

Respectfully submitted,

/s/ *Cristina Martinez Squiers*
Cristina Martinez Squiers
 (Texas Bar No. 24093764)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
Email: csquiers@schaerr-jaffe.com

*Counsel for Defendants*
*Ajay Srinivasan Iyer and*
*Zachary George Garrett*