UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GIDEON RAPAPORT,

                Plaintiff,

  -against-

AJAY SRINIVASAN IYER,
ZACHARY GEORGE GARRETT, and
RICHARD ALLEN EPSTEIN,

                Defendants.
---------------------------------------------------------------X

Case No.: 1:23-cv-06709 (JGLC)

**ORDER FOR ADMISSION**
**_PRO HAC VICE_**

The motion of Cristina Martinez Squiers for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Texas, and that her contact information is as follows:

> Cristina Martinez Squiers
> SCHAERR | JAFFE LLP
> 1717 K Street NW, Suite 900
> Washington, DC 20006
> Telephone: (202) 787-1060; Facsimile: (202) 776-0136
> Email: csquiers@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett in the above-entitled action;

**IT IS HEREBY ORDERED** that Cristina Martinez Squiers is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024    _____
                                                                               United States District Judge