UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GIDEON RAPAPORT,

                Plaintiff,

  -against-

AJAY SRINIVASAN IYER,
ZACHARY GEORGE GARRETT, and
RICHARD ALLEN EPSTEIN,

                Defendants.
----------------------------------------------------------------X

Case No.: 1:23-cv-06709 (JGLC)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The motion of Brian J. Field for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia, and that his contact information is as follows:

> Brian J. Field
> SCHAERR | JAFFE LLP
> 1717 K Street NW, Suite 900
> Washington, DC 20006
> Telephone: (202) 787-1060; Facsimile: (202) 776-0136
> Email: bfield@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett in the above-entitled action;

**IT IS HEREBY ORDERED** that Brian J. Field is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____July 18_____, 2024

                                                                                         _Jessica Clarke_____
                                                                                         United States District Judge