UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GIDEON RAPAPORT,    Case No.: 1:23-cv-06709 (JGLC)

               Plaintiff,    **ORDER FOR ADMISSION**
-against-    ***PRO HAC VICE***

AJAY SRINIVASAN IYER,
ZACHARY GEORGE GARRETT, and
RICHARD ALLEN EPSTEIN,

               Defendants.
-----------------------------------------------------------------X

The motion of Cristina Martinez Squiers for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Texas, and that her contact information is as follows:

    Cristina Martinez Squiers
    SCHAERR | JAFFE LLP
    1717 K Street NW, Suite 900
    Washington, DC 20006
    Telephone: (202) 787-1060; Facsimile: (202) 776-0136
    Email: csquiers@schaerr-jaffe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett in the above-entitled action;

**IT IS HEREBY ORDERED** that Cristina Martinez Squiers is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ___July 18___, 2024

                                                                               *Jessica Clarke*
                                                           United States District Judge