

July 25, 2024

VIA ECF

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Rapaport v. Iyer, et al.*, No. 1:23-cv-06709 (JGLC)
              Request by Consent for Extension of Time and for
                 Briefing Schedule for Motion to Dismiss

Dear Judge Clarke:

    Our firm was recently hired to represent Defendants Ajay Iyer and Zachary Garrett in the above-captioned case, and we write, jointly with Plaintiff, to request that the deadline for Defendants Iyer and Garrett to respond to the amended complaint be extended to August 16, 2024. Absent extension, Defendants' response to the amended complaint is currently due by July 29, 2024. Additionally, the parties request that the Court enter the following briefing schedule for the motion to dismiss that Defendants Iyer and Garrett anticipate filing:

- Defendants' Motion to Dismiss due on August 16, 2024
- Plaintiff's Opposition due on September 16, 2024
- Defendants' Reply due on September 30, 2024

    The parties have not requested any previous extensions, and there are no scheduled appearances in this matter. Given Plaintiff's First Amended Complaint, with its revised allegations, and the recent hiring of our firm to represent Defendants Iyer and Garrett, Plaintiff and Defendants Iyer and Garrett request this Court allow the parties to follow the above briefing schedule, which is less than a 30-day extension of the previous deadlines. The parties therefore respectfully request the Court "So Order" the negotiated terms reflected in this letter.

**Brian J. Field | PARTNER**
Office   (202) 787-1060
Email   bfield@schaerr-jaffe.com

**SCHAERR | JAFFE** LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

Honorable Jessica G.L. Clarke
July 25, 2024
Page 2


cc: All counsel (via ECF)

                                                  Respectfully,

                                                  */s/ Brian J. Field*
                                                  Brian J. Field*
                                                    (D.C. Bar No. 985577)
                                                 Cristina Martinez Squiers*
                                                    (Texas Bar No. 24093764)
                                                  SCHAERR | JAFFE LLP
                                                  1717 K Street NW, Suite 900
                                                  Washington, DC 20006
                                                  Telephone: (202) 787-1060
                                                  Facsimile: (202) 776-0136
                                                  bfield@schaerr-jaffe.com
                                                  csquiers@schaerr-jaffe.com

                                                  *Admitted *pro hac vice*

                                                  *Counsel for Defendants*
                                                  *Ajay Iyer and Zachary Garrett*


                                                */s/ Richard A. Altman*
                                                  Richard A. Altman
                                                  LAW OFFICE OF RICHARD A. ALTMAN
                                                  150 East 56th Street, Suite 12B
                                                  New York, NY 10022
                                                  (212) 633-0123
                                                  altmanlaw@earthlink.net

                                                  *Counsel for Plaintiff*