# SCHAERR | JAFFE LLP

July 25, 2024

VIA ECF

MEMO ENDORSED

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Rapaport v. Iyer, et al.*, No. 1:23-cv-06709 (JGLC)
              Request by Consent for Extension of Time and for
                 Briefing Schedule for Motion to Dismiss

Dear Judge Clarke:

       Our firm was recently hired to represent Defendants Ajay Iyer and Zachary Garrett in the above-captioned case, and we write, jointly with Plaintiff, to request that the deadline for Defendants Iyer and Garrett to respond to the amended complaint be extended to August 16, 2024. Absent extension, Defendants' response to the amended complaint is currently due by July 29, 2024. Additionally, the parties request that the Court enter the following briefing schedule for the motion to dismiss that Defendants Iyer and Garrett anticipate filing:

- Defendants' Motion to Dismiss due on August 16, 2024
- Plaintiff's Opposition due on September 16, 2024
- Defendants' Reply due on September 30, 2024

       The parties have not requested any previous extensions, and there are no scheduled appearances in this matter. Given Plaintiff's First Amended Complaint, with its revised allegations, and the recent hiring of our firm to represent Defendants Iyer and Garrett, Plaintiff and Defendants Iyer and Garrett request this Court allow the parties to follow the above briefing schedule, which is less than a 30-day extension of the previous deadlines. The parties therefore respectfully request the Court "So Order" the negotiated terms reflected in this letter.

**Brian J. Field** | PARTNER
Office   (202) 787-1060
Email   bfield@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com

Honorable Jessica G.L. Clarke
July 25, 2024
Page 2

cc: All counsel (via ECF)

    Respectfully,

*/s/ Brian J. Field*
Brian J. Field*
  (D.C. Bar No. 985577)
Cristina Martinez Squiers*
  (Texas Bar No. 24093764)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
bfield@schaerr-jaffe.com
csquiers@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Defendants*
*Ajay Iyer and Zachary Garrett*

*/s/ Richard A. Altman*
Richard A. Altman
LAW OFFICE OF RICHARD A. ALTMAN
150 East 56th Street, Suite 12B
New York, NY 10022
(212) 633-0123
altmanlaw@earthlink.net

*Counsel for Plaintiff*

Application GRANTED. Defendants Iyer and Garrett's motion to dismiss due **August 16, 2024**, Plaintiff's opposition due **September 16, 2024**, and Defendants Iyer and Garrett's reply due **September 30, 2024**. The Clerk of Court is directed to terminate ECF No. 48.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: July 26, 2024
      New York, New York