UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------------x
GIDEON RAPAPORT,                                             :
                                                             :   Case No. 1:23-cv-6709 (JGLC)
                Plaintiff,                              :
                                                             :
      - against -                                           :   ORAL ARGUMENT REQUESTED
                                                             :
AJAY SRINIVASAN IYER, ZACHARY                                :
GEORGE GARRETT, and RICHARD ALLEN                            :
EPSTEIN,                                                     :
                                                             :
                Defendants.                             :
---------------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law, Defendant Richard A. Epstein, by and through his undersigned counsel, will move this Court before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing Plaintiff Gideon Rapaport's First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: New York, New York
       August 12, 2024

                                          Respectfully submitted,

                                          */s/ Jeremy Chase*
                                          Jeremy Chase
                                          Nimra H. Azmi
                                          DAVIS WRIGHT TREMAINE LLP
                                          1251 Avenue of the Americas, 21st Floor
                                          New York, NY 10020-1104
                                          Phone:    (212) 489-8230
                                          Fax:       (212) 489-8340
                                          jeremychase@dwt.com
                                          nimraazmi@dwt.com

                                          *Attorneys for Richard A. Epstein*