UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------------x

GIDEON RAPAPORT,

                Plaintiff,

      - against -

AJAY SRINIVASAN IYER, ZACHARY GEORGE GARRETT, and RICHARD ALLEN EPSTEIN,

                Defendants.

---------------------------------------------------------------------x

Case No. 1:23-cv-6709 (JGLC)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel in this action for Defendant **RICHARD A. EPSTEIN** in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 12, 2024

                              Respectfully submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By: */s/ Nimra H. Azmi*
                                  Nimra H. Azmi

                              1251 Avenue of the Americas, 21st Floor
                              New York, NY 10020-1104
                              (212) 489-8230 Phone
                              (212) 489-8340 Fax
                              nimraazmi@dwt.com

                              *Counsel for Defendant Richard A. Epstein*