UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GIDEON RAPAPORT,

                Plaintiff,                Case No.: 1:23-cv-06709 (JGLC)

  -against-

AJAY SRINIVASAN IYER,
ZACHARY GEORGE GARRETT, and
RICHARD ALLEN EPSTEIN,

                Defendants.
------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint, Defendants Ajay Srinivasan Iyer and Zachary George Garrett, by and through undersigned counsel, will move this Court before the Honorable Jessica G. L. Clarke at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff Gideon Rapaport's First Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Order of July 29, 2024 (ECF No. 49), Plaintiff's opposition papers are due on September 16, 2024.

Dated:  Washington, D.C.
         August 16, 2024

Respectfully submitted,

*/s/ Brian J. Field*
Brian J. Field* (D.C. Bar No. 985577)
Cristina Martinez Squiers* (Texas Bar No. 24093764)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
Facsimile: (202) 776-0136
Email: bfield@schaerr-jaffe.com
Email: csquiers@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Defendants*
*Ajay Srinivasan Iyer and*
*Zachary George Garrett*