**Law Office of Richard A. Altman**
**150 East 56th Street, Suite 12B**
**New York, New York 10022**

**Tel. and Fax 212.633.0123**
**altmanlaw@earthlink.net**
**artesq@earthlink.net**
**www.altmanlaw.nyc**

August 22, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

 Re: *Gideon Rapaport v. Iyer et al.*, Case No. 23-cv-06709-JGLC

Your Honor:

 I represent the plaintiff. The defendants moved to dismiss the First Amended Complaint on August 12 and 14, 2024. We write to inform the Court and the defendants of plaintiff's intention to amend its complaint as of right, as provided by the Court's Civil Rule 1e. We will file a Second Amended Complaint by September 9, 2024.

 I appreciate the Court's attention.

    Respectfully,

    Richard A. Altman