| | |
|---|---|
| **Law Office of Richard A. Altman**<br>**150 East 56th Street, Suite 12B**<br>**New York, New York 10022** | Tel. and Fax 212.633.0123<br>altmanlaw@earthlink.net<br>artesq@earthlink.net<br>www.altmanlaw.nyc |

September 9, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Rapaport v. Iyer et al.*, Case No. 23-cv-06709-JGLC
          *Rapaport v. Finkelman*, Case No. 24-cv-05942-JGLC

Your Honor:

      This morning, Mr. Rapaport informed me by email that I was no longer authorized to represent him in either of the referenced matters. He did not say whether he has retained new counsel or will appear *pro se.* I am accordingly obliged to immediately withdraw, pursuant to NY Rule 1.16(b)(3), and I ask the Court to so order it, with such conditions as may be appropriate. Under the circumstances, including the deadlines in Case No. 23-cv-06709, I do not believe that a formal motion is required, but of course I will file one if required.

      I am filing this letter in both cases, and sending copies to him by email and regular mail.

      I appreciate the Court's attention.

                                              Respectfully,

                                              Richard A. Altman