

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Jeremy Chase**
(212) 489-8230 tel

jeremychase@dwt.com

September 9, 2024

**VIA ECF**

The Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**Re:** *Rapaport v. Iyer, et al.*, No. 1:23-cv-6709 (S.D.N.Y.)

Dear Judge Clarke:

    We represent Defendant Richard Epstein in the above-captioned action and write jointly with counsel for Defendants Ajay Srinivasan Iyer and Zachary George Garrett in response to Plaintiff Gideon Rapaport's ("Plaintiff") September 9, 2024 letter notifying the Court that he is proceeding *pro se* and requesting leave to file a second amended complaint by September 17, 2024. *See* Doc. 60.

    As Defendants noted in response to Mr. Altman's August 22, 2024 letter (Doc. 55), Plaintiff should follow the proper procedures outlined in Federal Rule of Civil Procedure 15, Your Honor's Individual Rules and Practices, and Your Honor's September 5, 2024 Order if he seeks leave to amend.[1] Plaintiff's letter does not address the standards for leave to amend or attach a redline showing the differences between the operative pleading and proposed second amended pleading as required by Your Honor's Rule 1.e. As such, Plaintiff's letter is defective on its face. Should Plaintiff nevertheless file a motion for leave to amend pursuant to Rule 15(a)(2) and Your Honor's Rule 1(e), Defendants again respectfully request the opportunity to oppose such request as futile, untimely, and prejudicial.

    We once again thank the Court for its consideration of this matter.

Respectfully Submitted,

*/s/ Jeremy Chase*
Jeremy Chase

cc:    All Counsel of Record via ECF

---

[1] Defendants attempted to meet and confer with Mr. Altman prior to his withdrawal pursuant to Your Honor's order and he refused to provide a redline of his proposed second amended complaint to facilitate the meet and confer. Mr. Rapaport has likewise made no effort to meet and confer with or seek consent of Defendants prior to filing his letter.