**Law Office of Richard A. Altman**
150 East 56th Street, Suite 12B
New York, New York 10022

Tel. and Fax 212.633.0123
altmanlaw@earthlink.net
artesq@earthlink.net
www.altmanlaw.nyc

September 9, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Rapaport v. Iyer et al.*, Case No. 23-cv-06709-JGLC
*Rapaport v. Finkelman*, Case No. 24-cv-05942-JGLC

Your Honor:

    This morning, Mr. Rapaport informed me by email that I was no longer authorized to represent him in either of the referenced matters. He did not say whether he has retained new counsel or will appear *pro se.* I am accordingly obliged to immediately withdraw, pursuant to NY Rule 1.16(b)(3), and I ask the Court to so order it, with such conditions as may be appropriate. Under the circumstances, including the deadlines in Case No. 23-cv-06709, I do not believe that a formal motion is required, but of course I will file one if required.

    I am filing this letter in both cases, and sending copies to him by email and regular mail.

    I appreciate the Court's attention.

Counsel for Plaintiff is directed to file a letter by **September 12, 2024** stating whether he is asserting a retaining or charging lien, pursuant to Local Rule 1.4. If Defendant opposes the motion to withdraw, Defendant shall file such opposition by **September 16, 2024**. The Clerk of Court is directed to terminate ECF No. 8.

Richard A. Altman

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 10, 2024
New York, New York