UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIDEON RAPAPORT,<br><br>         Plaintiff,<br><br>-against-<br><br>AJAY SRINIVASAN IYER, et al.,<br><br>         Defendants. | 23-CV-6709 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Should Plaintiff seek leave to amend his First Amended Complaint, he is directed to file a motion. The deadlines in ECF No. 58 remain.

  Counsel for Plaintiff is directed to file a letter by **September 12, 2024** stating whether he is asserting a retaining or charging lien, pursuant to Local Rule 1.4. The Clerk of Court is directed to terminate ECF No. 59.

Dated: September 11, 2024
    New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge