**Law Office of Richard A. Altman**
**150 East 56th Street, Suite 12B**
**New York, New York 10022**

**Tel. and Fax 212.633.0123**
**altmanlaw@earthlink.net**
**artesq@earthlink.net**
**www.altmanlaw.nyc**

September 11, 2024

BY ECF
Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Rapaport v. Iyer et al.*, Case No. 23-cv-06709-JGLC

Your Honor:

      I write in response to the Court's order of yesterday regarding my request to withdraw as plaintiff's counsel, and to state that I am not asserting either a retaining lien or a charging lien.

      I am sending a copy of this letter to Mr. Rapaport to the email and mailing addresses which he set out in his letter to the Court yesterday (#62).

      I appreciate the Court's attention.

      Respectfully,

      Richard A. Altman

Plaintiff's counsel's motion to withdraw is GRANTED.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 12, 2024
      New York, New York