The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re: Letter-Motion for Extension of Time and Leave to File**

Your Honor:

I am respectfully writing to request an extension of time of one week for the opposition to both motions to dismiss and my motion for leave to amend with a redlined amended complaint.

I have been working diligently for the past week to produce three memorandum of law and an amended complaint, but despite my best efforts I do not believe this will all be possible for me working alone. I was only able to start on September 9 when I resumed appearing on my own behalf and have been working tirelessly.

I wrote this Monday morning to the counsels opposing me and attempted unsuccessfully to reach them by phone. Considering the 48-hour requirement for extension, and the delay that exists when I file through the Pro Se Office rather than ECF, I file this letter-motion now. If opposing counsel shall agree in the interim I will be happy to sign with them a paper to that effect and have them file it through ECF.

I have not requested any other adjournments or extensions for these submissions.

The current due date is September 19 and I respectfully request a new date of September 26.

Thank you for your consideration of this matter,


        Respectfully submitted,

            /s/ Gideon Rapaport *pro se*
            GideonRapaportLaw@outlook.com
            (862) 213-0895
            #627 1078 Summit Avenue
            Jersey City, New Jersey, 07310