The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re: Notice of Amended Memorandum of Law**

Your Honor:

    I am writing to inform you that on September 14 I filed with the Pro Se Office an amended memorandum of law in support of my Motion to Disqualify Schaerr-Jaffe LLP Counsel. The amendments relate to the proper inclusion of tables of contents and authorities, and some minor typographical, grammatical and stylistic improvements. When I filed this amended memorandum the original was not in the docket, and I believed the amended version could substitute.

    I apologize for any confusion or inconvenience caused.

    Respectfully submitted,

        /s/ Gideon Rapaport *pro se*
        GideonRapaportLaw@outlook.com
        (862) 213-0895
        #627 1078 Summit Avenue
        Jersey City, New Jersey, 07310