

September 17, 2024

VIA ECF

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Rapaport v. Iyer, et al.*, No. 1:23-cv-06709 (JGLC)
             Consent to Plaintiff's Request for Extension of Time

Dear Judge Clarke:

      Counsel for Defendants jointly write regarding Plaintiff's September 16 request for an extension of time to file a motion for leave to amend (Doc. 70). Plaintiff contacted undersigned counsel on September 16 requesting Defendants' position on his proposed extension request. While the undersigned were still conferring with their clients, Plaintiff filed his request for an extension. Defendants write to inform the Court that they do not oppose the requested extension.

      A copy of this letter has been sent to Plaintiff at the email address he has used to contact the undersigned.

                                     Respectfully,

                                     */s/ Brian J. Field*
                                     Brian J. Field
                                     Cristina Martinez Squiers
                                     SCHAERR | JAFFE LLP

                                     *Counsel for Defendants*
                                     *Ajay Iyer and Zachary Garrett*

                                     Davis Wright Tremaine LLP

                                     */s/ Jeremy Chase*
                                     Jeremy Chase

                                     *Counsel for Defendant Epstein*

**Brian J. Field | PARTNER**
Office   (202) 787-1060
Email   bfield@schaerr-jaffe.com

**SCHAERR | JAFFE LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com