The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re: Clarification That Previous Request Was for Extension of Time for Opposition of Motions to Dismiss *and* Leave to Amend**

Your Honor:

    I am respectfully writing to clarify that in my September 16 (ECF No. 70) I requested an extension "of time of one week for the opposition to both motions to dismiss and my motion for leave to amend with a redlined amended complaint".

    I appreciate Opposing Counsel's approval (ECF No. 72) of my September 16 letter, though they only specifically mentioned my request of an extension of time with regard to my seeking of leave to amend. They did not mention or state opposition to my broader request to have an additional week to prepare my opposition to both motions to dismiss. This may just be an accidental oversight, but I just wanted to clarify that my previous letter referred to my motion for leave to amend and also my opposition to motions to dismiss.

    Thank you for your consideration of this matter,

    Respectfully submitted,

    /s/ Gideon Rapaport *pro se*
    GideonRapaportLaw@outlook.com
    (862) 213-0895
    #627 1078 Summit Avenue
    Jersey City, New Jersey, 07310