# **EXHIBIT 4**

 Gmail                                                                                          Gideon Rapaport

## Next Year
3 messages

**Gideon Rapaport**                                                                                       Sun, Apr 10, 2022 at 3:27 PM
To: Richard Epstein

I won't be on the board of our FedSoc next year, so that gives me some flexibility having been relieved of that sense of duty I feel.

I will try to do an exchange semester in Northern Europe so I can do a full tour of the Nordics, and I say Nordics rather than Scandinavia because Finland is not a Scandinavian country and I find it the most interesting. AAA-grade shiksas over there although the cuisine is not very good, and they are at a premium compared to the Slavic variety. So I may visit Russia as well while I am in that part of the world if hostilities calm down.

I will also try to do a 3L study-away deal at another law school, perhaps UChicago so I can finally take Roman Law with you, or somewhere else to experience a proper dynamic within the student body closer to what law school should be, rather than the mass derangement that grips NYU. I don't know if you have seen the mass emails going around condemning the condemnation of terrorism against Israel, resurrecting the tropes of Zionist control of the media and claiming that the existence of Jews in Israel is violence. It may end up on FOX News.

UChicago may not agree, especially since they rose in the rankings so sharply, and so I might go just about anywhere especially for a nice relaxed semester with like minded students I can fish and hunt with throughout the fall in the south or midwest. Maybe scope out a place to live when I'm through with the big city, although Eastern PA is not too far and gives the best of both worlds. I hope to buy myself a farmhouse with substantial acreage there anyway for a grad present to see me through living and working in NYC since we have only 3 days in-office going forwards, especially tax lawyers. 2 work from home days and 2 weekend days that will also likely be work from home.

As much as I want to take a class with you at NYU, that means we may not meet next year, except perhaps for an event like the NLC if you go or something we would schedule.

There is the distinct possibility that I will be enjoying my life a little bit too much to have time to write, so you will even have even more of a vacation from my seemingly unwelcome presence, as much as I like to be in contact with you.

Speaking of being welcome, I have had breakout success at the "elite" and often conservative social scene in Manhattan and am an escort for two deb balls and doing the cocktail tour of all of the exclusive clubs. My favorite is being an escort for the ███████████████████████████ Debutante Ball, it's roughly the WASPiest thing in the world, have you ever read Portnoy's Complaint? Did you ever do any of that socialite stuff?

G

P.S. You may have to face them alone ;)

