# **EXHIBIT 5**

**Gideon Rapaport** Mon, Apr 18, 2022, 7:17 AM
to Richard

Since JLL is understaffed, will it make you happy if I join JLL as a Senior Articles Editor?

G

**Richard Epstein** Mon, Apr 18, 2022, 8:54 AM
to me

Yes yes

Sent from my iPhone

**Gideon Rapaport** Mon, Apr 18, 2022, 9:02 AM
to Richard

OK. First I will express interest, and see the best position they can offer.