The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

**Re:    Rapaport v. Iyer et al., 23-cv-06709**

<u>**New Case Filed With Some Common Parties and Factual Background**</u>

Your Honor:

  I am respectfully writing to inform you of a new case I have filed in this District pertaining to claims arising under the Laws of the United States. I am providing this notice because these cases share some parties and factual background in common.

  The new case captioned *Rapaport v. Epstein et al*, is docketed as 24-cv-07439, and is presently unassigned. I have mailed the filing fee and expect it to arrive in a few days. It is my understanding that a case is only assigned after the filing fee is received.

  Respectfully submitted,

    /s/ Gideon Rapaport *pro se*
    GideonRapaportLaw@outlook.com
    (862) 213-0895
    #627 1078 Summit Avenue
    Jersey City, New Jersey, 07310