The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

Re:    Rapaport v. Iyer et al., 23-cv-06709

**Letter Regarding of Extension of Time**

Your Honor:

    I am respectfully writing to explain why I did not file a memorandum of law to oppose the extension of time requested by defendants.

    Beginning on the day after I filed my opposition and notice of a forthcoming memorandum of law, and on the day that defendants moved for an extension of time, my circumstances relating to scheduling began to change and the extension they sought proved beneficial to me as well. The matter was ruled on before I finished to assess the situation myself and had opportunity to provide an update.

    Of course, scheduling is at the sole discretion of the Court and having been decided that issue is moot. This letter is written solely for the purposes of explaining my earlier non-filing.

    Respectfully submitted,

    /s/ Gideon Rapaport *pro se*
    GideonRapaportLaw@outlook.com
    (862) 213-0895
    #627 1078 Summit Avenue
    Jersey City, New Jersey, 07307