The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007



Re:   Rapaport v. Iyer et al., 23-cv-06709

**Letter-Motion for Extension of Time and Enlargement of Reply by Stipulation**

Your Honor:

    I am respectfully writing to request an extension of time by stipulation for my filing of replies to defendants Iyer and Garrett and defendant Epstein. All parties have agreed to a two-week extension that would set the due date for these replies as November 21.

    I am also respectfully writing to request an enlargement of my reply to the consolidated reply-opposition of defendants Iyer and Garrett to 20 pages by stipulation. Defendants Iyer and Garrett have agreed ot this enlargement.

Thank you for considering our request in this matter,

Respectfully submitted,

/s/ Gideon Rapaport *pro se*
GideonRapaportLaw@outlook.com
(862) 213-0895
#627 1078 Summit Avenue
Jersey City, New Jersey, 07307

Application GRANTED. Plaintiff, proceeding *pro se*, shall file his reply in support of his motion to amend the complaint (ECF No. 77) on or before **November 21, 2024**. The reply shall not exceed 20 pages.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 7, 2024
        New York, New York