The Honorable Jessica G. L. Clarke
United States District Court Judge
Southern District of New York
500 Pearl Street
New York NY, 10007

Re:     Rapaport v. Iyer et al., 23-cv-06709

**Letter Re Extension of Time**

Your Honor:

    I am respectfully writing to bring to the attention of the Court that I filed my replies before receiving notice today at 9:18AM via ECF docketing that my motion for extension was granted, as they were due yesterday per the ordinary operation of FRCP 6. I am also respectfully writing to express my appreciation for the Court's granting of the extension, though I have already filed, and the gracious agreement of the other parties for additional time, and pages in the matter of one reply.

    I filed my letter-motion for an extension of time and for additional pages for my reply to defendants Iyer and Garrett's consolidated reply-opposition on October 31 ECF No. 93, after conferring with them and obtaining their consent. Perhaps due to delays resulting from the November 5 court holiday, this letter-motion was not docketed until November 6, six days later. On the other hand, the replies that I filed last night, working until the standard deadline, were speedily docketed on the next business day, and far ahead of the 24 to 48 hour standard maintained by the pro se office.

    Considering that the deadline for those replies was yesterday, I made my best efforts to comply with the standard deadline required, even considering one of my replies due was to a consolidated and thus enlarged filing for which the Court anticipated I would request and receive additional pages in reply ECF No. 89.


       Respectfully submitted,

          /s/ Gideon Rapaport *pro se*
          GideonRapaportLaw@outlook.com
          (862) 213-0895
          #627 1078 Summit Avenue
          Jersey City, New Jersey, 07307