# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Gideon Rapaport

(List the full name(s) of the plaintiff(s)/petitioner(s).)

23 CV 06709 (JGLC)( )

-against-

**NOTICE OF APPEAL**

Ajay Srinivasan Iyer, Zachary George Garrett,

Richard Allen Eptein

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Gideon Rapaport

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☒ order  entered on: March 31, 2025

(date that judgment or order was entered on docket)

that:

Granted defendants Iyer and Garrett's Docket No. 53 Motion to Dismiss.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| April 7, 2025 | /s/ Gideon Rapaport |
|---|---|
| Dated | Signature* |

Rapaport, Gideon
Name (Last, First, MI)

| #627 1078 Summit Avenue | Jersey City | NJ | 07307 |
|---|---|---|---|
| Address | City | State | Zip Code |

| (862) 213-0895 | gideonrapaportlaw@outlook.com |
|---|---|
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13