S.D.N.Y. – N.Y.C.
23-cv-6709
Clarke, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-five.

Present:
    Denny Chin,
    William J. Nardini,
    Maria Araújo Kahn,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 17 2025

Gideon Rapaport,

        *Plaintiff-Appellant*,

v.                                                                              25-841

Ajay Srinivasan Iyer, Zachary George Garrett, Richard Allen Epstein,

        *Defendants-Appellees*,

John Doe #1, a Reddit.com user, et al.,

        *Defendants*.

Appellant, pro se, moves for a stay of district court proceedings pending appeal in two cases consolidated in the district court. Upon due consideration, it is hereby ORDERED that the motion is DENIED as moot as to *Rapaport v. Doe #1*, S.D.N.Y. 23-cv-6709, because the district court has closed that case. *See Campbell-Ewald Co. v. Gomez*, 577 U.S. 153, 161 (2016) (explaining that a matter becomes moot "when it is impossible for a court to grant any effectual relief whatever to the prevailing party"). It is further ORDERED that the motion is DENIED as moot as to *Rapaport v. Epstein*, S.D.N.Y. 24-cv-7439, because this Court lacks jurisdiction; no appeal is pending. *See* 28 U.S.C. § 1291.

The appeal will continue in the ordinary course.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

CERTIFIED COPY ISSUED ON 09/17/2025