USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: Nov 23 2026

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand twenty-six.

---

County of Rockland; Edwin J. Day, in his official capacity as County Executive; Legislature of The County of Rockland; Steven M. Neuhaus, individually and in his official capacity as County Executive; County of Orange,

Plaintiffs - Appellants,

v.

Triborough Bridge and Tunnel Authority; Metropolitan Transportation Authority,

Defendants - Appellees.

---

**STATEMENT OF COSTS**

Docket Nos. 25-1963(L), 25-1964(Con)

IT IS HEREBY ORDERED that costs are taxed in the amount of $198.20 in favor of the Appellees and against the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

Certified copy issued on 11/20/2026